IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNIVERSAL PREMIUM ACCEPTANCE CORPORATION,** )<br>)<br>) | |
| Plaintiff,  ) | Case No.    2:06-CV-02117-KHV-JPO |
| ) | |
| v.  ) | |
| ) | |
| **CAPITAL CITY INSURANCE COMPANY, INC., a Corporation,** )<br>) | |
| ) | |
| Defendant.  ) | |

### ORDER FOR DISMISSAL OF CLAIM WITH PREJUDICE

Pursuant to the Stipulation filed herein (Doc. #20), it is hereby:

**ORDERED, ADJUDGED AND DECREED** that the claim of Plaintiff Universal Premium Acceptance Corporation against Defendant Capital City Insurance Company, Inc. is hereby dismissed with prejudice, each party to bear their own costs.

**IT IS SO ORDERED**.

s/ Kathryn H. Vratil
Kathryn H. Vratil
JUDGE OF THE UNITED STATES DISTRICT COURT

Order prepared by:

**SHUTTLEWORTH LAW FIRM, LLC**

   /s/ Keith J. Shuttleworth
Keith J. Shuttleworth         KS Bar No. 15283
Lighton Tower Plaza           MO Bar No. 41502
7500 College Boulevard, 5th Floor
Overland Park, KS 66210
913-693-7995   Fax No. 913-693-7845
keith@shuttlelaw.com
ATTORNEY FOR PLAINTIFF


Order approved by:

**ALLMAYER & ASSOCIATES, P.C.**

      /s/ Daniel N. Allmayer
Daniel N. Allmayer          KS Bar No. 13979
Jennifer Benedict Jones  KS Bar No. 17831
1401 Bryant Building
1102 Grand Blvd
Kansas City, MO 64106
816-221-2262   Fax No. 816-221-6273
DNA@allmayerlaw.com
general@allmayerlaw.com
ATTORNEYS FOR DEFENDANT